UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | | |
|---|---|---|
| UTICA LEASECO, LLC, | : | Civil Action No.: 20-cv-04933 |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| SPATIUM ENTERPRISE LLC d/b/a EMPORIO JETS ROBERT VIDAL, | : | |
| | : | |
| Defendants. | | |

-------------------------------------------------------------------------X

To the Clerk of this Court and all Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff, UTICA LEASECO, LLC.

Dated: Garden City, New York
        June 29, 2020

Respectfully submitted,

MORITT HOCK & HAMROFF LLP
*Attorneys for Plaintiff*

By:   /s/ Robert S. Cohen
        Robert S. Cohen, Esq.
        400 Garden City Plaza
        Garden City, New York 11530
        Tel. No.: (516) 873-2000
        Fax No.: (516) 873-2010
        Email: rcohen@moritthock.com

2286130v1