UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                              Plaintiff,

            -against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO
JETS and ROBERT VIDAL,

                              Defendants.

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 7/24/2020            │
└─────────────────────────────────┘
```

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant having appeared and requested an evidentiary hearing on Plaintiff's motion for an order of attachment and expedited discovery, ECF No. 27, and Plaintiff having submitted a reply, ECF No. 29, it is hereby ORDERED that the show cause hearing scheduled for July 28, 2020, is ADJOURNED to **August 6, 2020**, at **2:00 p.m.** The hearing shall take place using the Court's videoconferencing software. In advance of the hearing, the Court will provide the parties with information on how to appear by video, and will file public access information to the docket. The Court will also provide the parties with more detailed information on how the hearing will proceed.

It is further ORDERED that the temporary restraining order entered on Plaintiff's motion, ECF No. 12, shall remain in place until **August 12, 2020**, at **8:30 a.m.** The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO for an additional 14 days, because such time will allow the Court to consider the record and provide the parties with time to prepare for the August 6 hearing, and because the extension is supported by the reasons stated in the Court's decision granting the TRO. *See In re Criminal Contempt Proceedings Against Gerald Crawford, Michael Warren*, 329 F.3d 131, 136–39 (2d Cir. 2003) (holding that the TRO, extended for good cause pending resolution of the preliminary injunction proceedings, was a valid basis for appellants' contempt convictions); *Armstrong v. Real Estate Int'l, Ltd.*, No. 05 Civ. 5383, 2006 WL 354983, at *2 (E.D.N.Y. Feb. 14, 2006) (extending the TRO until the court issued its decision on the pending preliminary injunction motion); see also Charles Alan Wright & Arthur R. Miller, 11A *Federal Practice & Procedure* § 2953 (3d ed. 2016) (noting that a court may extend a TRO for good cause).

SO ORDERED.

Dated: July 24, 2020
       New York, New York

ANALISA TORRES
United States District Judge