USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2020



**Moritt Hock & Hamroff** LLP
ATTORNEYS AT LAW

**Julia Gavrilov**
*Counsel*
Direct Dial: (516) 880-7222
Email: jgavrilov@moritthock.com

July 31, 2020

**VIA ELECTRONIC FILING**

The Honorable Analisa Torres, United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Utica Leaseco, LLC v. Spatium Enterprise LLC
               d/b/a Emporio Jets and Robert Vidal, Case No. 1:20-cv-04933**

Dear Judge Torres:

      We are the attorneys for Plaintiff Utica Leaseco, LLC ("Plaintiff") in the above-referenced action. Pursuant to the Court's Orders dated July 24 and 28, 2020 (Docket Entry Nos. 30 and 31), the parties are scheduled to appear before the Court for a hearing on August 6, 2020 at 2:00 p.m. (the "August 6th Hearing") in connection with Plaintiff's motion, by Order to Show Cause, seeking, *inter alia*, an Order of Attachment, Temporary Restraining Order and Expedited Discovery in Aid of Attachment ("Plaintiff's Motion") against Defendants Spatium Enterprise LLC d/b/a Emporio Jets and Robert Vidal (collectively, the "Defendants"). Relatedly, per the Court's Order dated July 24, 2020, the Temporary Restraining Order has been extended until August 12, 2020 at 8:30 a.m.

      Since the Court's issuance of its July 28th Order, the parties are attempting to amicably resolve certain portions of the relief requested in Plaintiff's Motion. As such, Plaintiff respectfully requests that the August 6th Hearing, the Temporary Restraining Order and all pending deadlines set forth in the Court's July 24th and 28th Orders be adjourned by two (2) weeks in order to provide the parties with sufficient time to hopefully negotiate the terms of and document any agreed-upon resolution to Plaintiff's Motion. Defendants' counsel, Richard L. Richards, Esq., has advised that Defendants consent to Plaintiff's application for a two (2) week adjournment.



The Honorable Analisa Torres
July 31, 2020
Page 2

Should the Court not grant Plaintiff's request for a brief adjournment of the August 6th Hearing, the Temporary Restraining and all pending deadlines set forth in the Court's July 24th and 28th Orders, Plaintiff will submit its witness list and expected content of witness testimony shortly thereafter in accordance with the Court's July 28th Order.

Respectfully submitted,

Julia Gavrilov

cc: Richard L. Richards, Esq. (via Electronic Filing)

---

GRANTED. The show cause hearing scheduled for August 6, 2020, is ADJOURNED to **August 24, 2020**, at **2:00 p.m.** The hearing may be accessed by the parties and the public, respectively, in the manner described in the Court's July 28, 2020 order (the "July 28 Order"), ECF No. 31. By **August 17, 2020**, the parties must submit a witness list as described in the July 28 Order, and by **August 21, 2020**, any witnesses besides Craig Stormer and Robert Vidal must be made available for deposition. By **August 19, 2020**, the parties shall file any additional documentary evidence, an exhibit list, and any exhibits, as described in the July 28 Order.

On consent of the parties, the temporary restraining order entered on July 15, 2020, ECF No. 12, and extended by order of the Court on July 24, 2020, ECF No. 30, is EXTENDED to **August 26, 2020**, at **8:30 a.m.** *See* Fed. R. Civ. P. 65(b)(2).

SO ORDERED.

Dated: July 31, 2020
       New York, New York

ANALISA TORRES
United States District Judge