UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                Plaintiff,

-against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/21/2020

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion, with Defendants' consent, to adjourn the hearing on Plaintiff's motion for attachment and expedited discovery in order to allow the parties time to finalize a consent order of attachment, ECF No. 37, is GRANTED.  *See also* ECF No. 36 (letter from Copper Leaf, LLC, a potential intervenor in this action, representing that the parties and Copper Leaf are in the midst of negotiating a consent attachment order, and requesting an adjournment of the hearing).

    Accordingly, the show cause hearing scheduled for August 24, 2020, is ADJOURNED *sine die*.  By **September 1, 2020**, the parties shall either submit their proposed consent order of attachment, or shall file a status letter.  In addition, by **September 1, 2020**, if a proposed consent order is not provided, Copper Leaf shall submit a letter stating whether it intends to move to intervene, or shall join the parties' joint letter and include a statement to that effect.

    On consent of the parties, the temporary restraining order entered on July 15, 2020, and extended by order of the Court to August 26, 2020, ECF Nos. 30, 33, is EXTENDED until such time as the Court enters an order resolving Plaintiff's motion.  ECF No. 38; *see* Fed. R. Civ. P. 65(b)(2).

    The Clerk of Court is directed to terminate the motions at ECF Nos. 37 and 38.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge