UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                        Plaintiff,

    -against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _11/19/2020_

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 18, 2020, the Court was notified that Defendants filed for bankruptcy protection under Chapter 7 of the United States Bankruptcy Code. ECF No. 54. Under 11 U.S.C. § 362(a)(1), the filing of the bankruptcy proceeding operates as a stay of this action. Accordingly:

1. This action is stayed pending resolution of the bankruptcy proceeding; and
2. The parties shall submit a status letter to the Court on **February 17, 2021**, and every ninety days thereafter, updating the Court on the status of the bankruptcy proceeding.

    SO ORDERED.

Dated: November 19, 2020
         New York, New York

                                            ANALISA TORRES
                                          United States District Judge