```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                    Plaintiff,

-against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                    Defendants.

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 19, 2020, the Court entered a stay of this action pending resolution of a bankruptcy proceeding and directed the parties to submit a status letter to the Court every ninety days. ECF No. 55. The most recent status letter was filed on October 5, 2021. ECF No. 56. Accordingly, the parties shall submit a status letter to the Court by **March 21, 2022**, and every ninety days thereafter, updated the Court on the status of the bankruptcy proceeding.

    SO ORDERED.

Dated: March 14, 2022
       New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge