```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _7/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                      Plaintiff,

-against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                      Defendants.

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 19, 2020, the Court entered a stay of this action pending resolution of a bankruptcy proceeding and directed the parties to submit a status letter to the Court **every ninety days**. ECF Nos. 55, 57. The most recent status letter was filed on March 21, 2022. ECF No. 58. Accordingly, the parties shall submit a status letter to the Court by **August 5, 2022**, and **every ninety days thereafter**, updating the Court on the status of the bankruptcy proceeding.

    SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                                        ANALISA TORRES
                                              United States District Judge