UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                    Plaintiff,

-against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2022

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 19, 2020, the Court entered a stay of this action pending resolution of a bankruptcy proceeding and directed the parties to submit a status letter to the Court **every ninety days**. ECF Nos. 55, 57, 59. The most recent status letter was filed on August 5, 2022. ECF No. 60. On November 14, 2022, the Court ordered the parties to submit a status letter to the Court by November 21, 2022, and every ninety days thereafter. ECF No. 61. That submission is now overdue. Accordingly, the parties shall submit a status letter to the Court by **November 29, 2022**, and **every ninety days thereafter**.

    SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge