```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/1/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UTICA LEASECO, LLC,

                     Plaintiff,

-against-

SPATIUM ENTERPRISES LLC d/b/a EMPORIO JETS and ROBERT VIDAL,

                     Defendants.

20 Civ. 4933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 19, 2020, the Court entered a stay of this action pending resolution of a bankruptcy proceeding and directed the parties to submit a status letter to the Court **every ninety days**. ECF Nos. 55, 57, 59, 61, 62. The most recent status letter was filed on November 29, 2022. ECF No. 63. The parties' next status letter is overdue. Accordingly, the parties shall submit a status letter to the Court by **March 8, 2023**, and **every ninety days thereafter**.

    SO ORDERED.

Dated: March 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge