UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UTICA LEASECO, LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>SPATIUM ENTERPRISE LLC d/b/a EMPORIO JETS and ROBERT VIDAL,<br><br>                    Defendants. | 20-CV-4933 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    On August 2, 2024, the Court ordered Defendants to file a letter with the Court by September 5, 2024, indicating whether they intend to defend this action. ECF No. 78. The Court warned that if Defendants did not file anything by this deadline, default judgment may be entered against them. *Id.* The deadline has passed, and Defendants have not filed anything with the Court. Accordingly, Plaintiff is hereby ORDERED to file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 11, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: September 30, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge