UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UTICA LEASECO, LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>SPATIUM ENTERPRISE LLC, *d/b/a Emporio Jets* and ROBERT VIDAL,<br><br>       Defendants. | 20-CV-4933 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 18, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 89.

On October 28, 2024, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than November 11, 2024 as to why an order should not be issued granting a default judgment against Defendants. ECF No. 93. On October 30, 2024, the Court issued an Amended Order to Show Cause ordering Defendants to respond in writing no later than November 25, 2024 as to why an order should not be issued granting a default judgment against Defendants. ECF No. 95. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants. The Court refers the case to Magistrate Judge Cave for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 89.

    SO ORDERED.

Dated: April 8, 2025
   New York, New York

                     *Jessica Clarke*
                    JESSICA G. L. CLARKE
                   United States District Judge