**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UTICA LEASECO, LLC,

                      Plaintiff,                          20 **CIVIL** 4933 (JGLC)

        -against-                                  **DEFAULT JUDGMENT**

SPATIUM ENTERPRISE LLC, d/b/a Emporio
Jets, and ROBERT VIDAL,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2025, the Court has reviewed the Report and Recommendation, unguided by objections, and finds it to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Default judgment is entered against Defendants, awarding Plaintiff (1) compensatory damages for breach of contract in the amount of $418,006.55; (2) a prepayment premium in the amount of $10,000.00; (3) interest in the amount of $338,441.18; (4) attorneys' fees in the amount of $259,642.00; and (5) costs in the amount of $8,253.63; accordingly, the case is closed.

**Dated:**  New York, New York
           November 24, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                           **BY:**     *K. Mango*

                                                                       **Deputy Clerk**